**CT Corporation**

**TO:**  Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**  **Process Served in Tennessee**

**FOR:**  WALMART INC.  (Domestic State: DE)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Drew Herman and Joyce Denise Drew, etc., Pltfs. vs. Wal-Mart, Inc., Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Knox County Circuit Court, TN Case # 137120 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 12/03/2019 - 6777 Clinton Highway, Knoxville, Tennessee 37912 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/20/2020 at 10:03 |
| **JURISDICTION SERVED :** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Adam M. Priest Pryor, Priest, Harber, Floyd & Coffey P.O. Box 870 Knoxville, TN 37901 865-522-4191 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/20/2020, Expected Purge Date: 11/25/2020 |
| | Image SOP |
| | Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan St Ste 900 Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT A**



Case 3:20-cv-00520-TAV-DCP  Document 1-2  Filed 12/09/20  Page 1 of 2  PageID #: 6

# IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE

| | | |
|---|---|---|
| HERMAN DREW and wife,<br>JOYCE DENISE DREW | § § § § | FILED<br>CHARLES D. SUSANO III<br>CLERK |
| Plaintiffs | § § | 2020 NOV 19 PM 3: 28 |
| v. | § § | No. 1-371-20 |
| WAL-MART, INC. | § § | JURY DEMANDED |
| Defendant | § § | |

## SUMMONS

**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby summoned and required to serve upon ADAM M. PRIEST, plaintiff's attorney, whose address is P.O. Box 870, Suite 600, 625 Gay Street, Knoxville, Tennessee 37901, an answer to the complaint herewith served upon you within thirty (30) days after service of this summons and complaint upon you, exclusive of the day of service. If you fail to do so, judgment by default can be taken against you for the relief demanded in the complaint.

Issued this 19th day of November, 2020.

_____
CLERK

_____
DEPUTY CLERK

This summons is issued pursuant to Rule 4 of the *Tennessee Rules of Civil Procedure.*

**ADA**
**FOR ASSISTANCE CALL**
**865 / 215-2952**
**865 / 215-2497**

**TO THE DEFENDANT(S):**

Tennessee law provides Four Thousand Dollars ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

## SERVICE INFORMATION

To the process server: **Defendant, Wal-Mart, Inc., can be served through its agent, CT Corporation System, 300 Montvue Road, Knoxville, TN 37919-5546.**

## RETURN

I received this summons on the \_\_\_\_\_ day of _____, 2020.

I hereby certify and return that on the \_\_\_\_\_ day of _____, 2020,

I: ( ) served this summons and a complaint on defendant, _____, in the following manner: _____
( ) failed to serve this summons within 30 days after its issuance because:_____

_____

PROCESS SERVER